UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WANDA JACKSON,

      Plaintiff,

v.                                                           CASE NO: 8:04-cv-209-T-23EAJ

RAMSEY YOUTH SERVICES
OF FLORIDA, INC.,

      Defendant.

_____/

**ORDER**

      The parties file a stipulation (Doc. 54) of dismissal.  Rule 41(a), Federal Rules of

Civil Procedure.  The stipulation (Doc. 54) is **APPROVED** and the action is **DISMISSED**

**WITH PREJUDICE**.  Each party shall bear its own fees and costs.

      ORDERED in Tampa, Florida, on May 30, 2005.

                           STEVEN D. MERRYDAY
                  UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy